**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON MARTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>          Defendants. | Case No. CV 16-2655 TJH (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DEEMING PLAINTIFF DON MARTIN A VEXATIOUS LITIGANT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) Judgment shall be entered dismissing this action with prejudice; (2) Plaintiff Don Martin is deemed a vexatious litigant; (3) the Clerk of the Court shall not file any complaint or IFP application by Plaintiff unless Plaintiff has

filed a Motion for Leave to File a Complaint and a Judge of this Court has granted leave for Plaintiff to file the complaint; (4) any Motion for Leave to File a Complaint must include a copy of the Magistrate Judge's Report and Recommendation (Dkt. No. 33), a copy of this Order, and a copy of the proposed complaint; and (5) if the Court does not grant Plaintiff written permission to file a complaint within thirty days of the date of his Motion, permission will be deemed denied.

**IT IS FURTHER ORDERED** that the Clerk serve a copy of this Order and the Judgment herein on Plaintiff at his current address of record.

DATED: June 25, 2018

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE