**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON MARTIN,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>             Defendants. | Case No. CV 16-2655 TJH (SS)<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 25, 2018

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE